981 F.2d 1251
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Warren Reginald STEVENSON, Plaintiff-Appellant,
v.
Joseph HAAS, Defendant-Appellee.
 No. 92-7037.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: November 30, 1992
Decided: December 21, 1992
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. M. J. Garbis, District Judge. (CA-92-145-MJG)
 Warren Reginald Stevenson, Appellant Pro Se.
 Richard Douglas Bennett, United States Attorney, Roann Nichols, Office of the United States Attorney, Baltimore, Maryland, for Appellee.
 D.Md.
 Affirmed.
 Before WILKINS and NIEMEYER, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Warren Reginald Stevenson appeals from the district court's order dismissing with prejudice this action brought under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Stevenson v. Haas, No. CA-92-145MJG (D. Md. Sept. 11, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED